No. 76–5060. GASAWAY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 76–5068. TYLER ET UX. v. WESTINGHOUSE ELECTRIC CORP. Sup. Ct. Va. Certiorari denied.

No. 76–5078. MANNING v. PRINCETON CONSUMER DISCOUNT CO., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–5079. STONE v. SCHMIDT ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–5087. OCHENKOWSKI v. CORONA LIGHTING CORP. Super. Ct. N. J. Certiorari denied.

No. 76–5098. CARTER v. DOLCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5111. BRAGG v. SINCLAIR REFINING CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–5118. WOLF v. BRIVIC ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–5123. OCHENKOWSKI v. RUSSELL'S AUTO BODY. Sup. Ct. N. J. Certiorari denied.

No. 76–5127. WHITE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–5131. BRYAN v. JONES, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5134. HOHENSEE v. MUIR. C. A. 3d Cir. Certiorari denied.

No. 76–5141. WILLIAMS v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.